STATE OF MISSOURI, Respondent, v. MORRIS SULLIVAN, Appellant.

Kansas City Court of Appeals, October 26, 1885.

AFFIRMANCE.—The record showing no error, and no question of law being thereby raised involving any principle not well settled, the judgment of the circuit court is affirmed.

APPEAL from Pettis Criminal Court, HON. JOHN E. RYLAND, Judge.

*Affirmed.*

PHILIPS, P. J.—The defendant was indicted and convicted for selling intoxicating liquors without having therefor a license. He has brought the case here on appeal. We have examined the record, as by law required, and finding no error therein, and no question of law being thereby raised involving any principle not well settled, the judgment of the circuit court is affirmed. All concur.